**7/7/2016**                                                    **COA No. 12-15-00106-CR**
**OWENS, WAVON LASHELTER** Tr. Ct. No. 31595                    **PD-0437-16**

This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until June 7, 2016. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

**FILED**

7/7/2016

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *